IN THE SUPREME COURT OF TEXAS

 No. 09-0309

 IN RE JOSEPH CHARLES RUBIOLA A/K/A J.C. RUBIOLA, GREGORY ALLAN RUBIOLA,
 CATHERINE RUBIOLA, JGL DESIGN-BUILD, LLC A/K/A JGL DESIGN BUILD AND MICHAEL
 CORTEZ, INDIVIDUALLY AND D/B/A THE HEIGHTS DESIGN AND CONSTRUCTION

 On Petition for Writ of Mandamus

ORDERED:

 1. All trial court proceedings in Cause No. 2008-CI-13072, styled
Brian Salmon and Christina Salmon vs. Joseph Charles Rubiola a/k/a J.C.
Rubiola, Catherine Rubiola, JGL Design-Build, LLC a/k/a JGL Design Build
and Michael Cortez, individually and d/b/a The Heights Design and
Construction, in the 131st District Court of Bexar County, Texas, are
stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 15, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk